FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0681

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0681

DANIEL R. WOOD,

      Petitioner,

v.

BRIAN GOOTKIN,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including January 29, 2024, within which to prepare, file, and serve its response to the Petition for Writ of Habeas Corpus.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2023